

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00163-CV

IN RE STATE FARM LLOYDS, Relator

§ Original Proceeding

§ From the 96th District Court

§ of Tarrant County (096-298884-18)

§ September 3, 2020

§ Opinion by Justice Womack

## JUDGMENT

This court has considered relator's petition for writ of mandamus and holds that the petition should be conditionally granted. Accordingly, we conditionally grant the writ of mandamus and direct the trial court to vacate its May 26, 2020 "Order on Plaintiffs' Supplement to Motion to Compel Discovery Responses." Our writ will issue only if the trial court fails to comply.

It is further ordered that real parties in interest Lamont Frawley and Mary K. Frawley shall pay all of the costs of this proceeding, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By /s/ Dana Womack
    Justice Dana Womack